# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, | No. C10-1562RSL |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| FRY'S ELECTRONICS, INC., | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On July 21, 2011, plaintiff Equal Employment Opportunity Commission ("EEOC") filed a "Motion to Compel Discovery" which, taken as a whole, exceeds 50 pages in length. (Dkt. # 74). As of this date, a courtesy copy of these documents has not been provided for chambers.

The EEOC is hereby ORDERED to show cause, within five days of the date of this Order, why it should not be sanctioned for failure to comply with Local Rule 10(e)(8), the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5), and the "Minute Order Setting Trial Date and Related Dates" (Dkt. # 23). The EEOC shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE

Dated this 26th day of July, 2011.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE -2-