THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISION, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FRY'S ELECTRONICS, INC.,<br><br>　　　　　　Defendant. | No. CV 10-1562 RSL<br><br>STIPULATED MOTION AND ORDER OF CONTINUANCE OF TRIAL AND RELATED PRE-TRIAL DEADLINES<br><br>Note on Motion Calendar: July 28, 2011 |

STIPULATED MOTION AND ORDER OF CONTINUANCE OF TRIAL AND RELATED PRE-TRIAL DEADLINES (Cause No. CV 10-1562 RSL)
Page i

THE BLANKENSHIP LAW FIRM, P.S.
1201 Third Avenue, Suite 2880
Seattle, Washington 98101
(206) 343-2700

# I. STIPULATION

The parties stipulate and move this Court for an order continuing the trial and related pre-trial deadlines previously set in this matter for the good cause set forth below. This case is complex and involves four separate parties and three separate legal teams, including the Equal Employment Opportunity Commission (EEOC) who initiated this action. Counsel for all parties are located in Seattle, while several of the witnesses are located in Arizona, Nevada, and California.

The parties believe that a continuance will foster cooperation and potentially result in an early resolution prior to exhausting extensive resources required to file dispositive motions. Thus, the parties respectfully request this Court to continue the trial until June 4, 2012, and to revise the pre-trial dates for deadlines that have not yet passed in this case, in the Court's Scheduling Order.

The discovery cutoff in this matter is presently set for September 11, 2011. *See Dkt. 23.* Due to unique procedural issues in this case, the parties have spent much of the elapsed time since the lawsuit was filed litigating the issue of which parties are proper parties to the above-captioned action. The parties have also spent significant time attempting to cooperatively resolve discovery disputes. Additionally, the depositions that have been noted in this case span at least three states and therefore require additional time for travel. Only one deposition has been conducted so far, outside of the limited discovery conducted on the issue of whether Mr. Lam signed the arbitration agreement. .

The parties further intend to hold a mediation after conducting certain key depositions and discovery and hope to resolve the case prior to dispositive motions.

This Court has authority under CR 16.1(m)(2) to modify the deadlines of its Scheduling Order. In light of the above-stated issues, the parties request the Court to modify its Scheduling Order and set trial to begin on June 4, 2012, thereby also modifying the pretrial

STIPULATED MOTION AND ORDER OF CONTINUANCE OF TRIAL AND RELATED PRE-TRIAL DEADLINES (Cause No. CV 10-1562 RSL)
Page 1

**THE BLANKENSHIP LAW FIRM, P.S.**
1201 Third Avenue, Suite 2880
Seattle, Washington 98101
(206) 343-2700

deadlines that have not yet elapsed. The parties also respectfully request a revised Minute Order Setting Trial Dates and Related Dates.

IT IS SO STIPULATED.

Respectfully submitted this 28th day of July, 2011.

By: /s/ Scott C. G. Blankenship
    Scott C.G. Blankenship WSBA #21431
    Elizabeth Hanley DeLong WSBA#38233
    The Blankenship Law Firm, P.S.
    1201 Third Avenue, Suite 2880
    Seattle, WA 98101
    Phone: (206) 343-2700
    Fax: (206) 343-2704
    sblankenship@blankenshiplawfirm.com
    edelong@blankenshiplawfirm.com
Attorneys for Intervenor-Plaintiff

By: /s/ Cristin Kent
    Patricia A. Eakes, WSBA # 18888
    Cristin Kent, WSBA # 39224
    Yarmuth Wilsdon Calfo, PLLC
    818 Stewart St., Suite 1400
    Seattle, WA 98101
    Phone: (206) 516-3800
    Fax: (206) 516-3888
    peakes@yarmuth.com
    ckent@yarmuth.com
Attorneys for Defendants

By: /s/ Molly Powell
    John Freeman Stanley, Esq.
    Molly Powell, Esq.
    May R Che, Esq.
    EEOC - Seattle District Office
    909 First Avenue, Suite 400
    Seattle, Washington 98104
    Phone: (206) 220-6919
    Fax: (206) 220-6911
    john.stanley@eeoc.gov
    may.che@eeoc.gov
    molly.powell@eeoc.gov
Attorneys for Plaintiff EEOC

STIPULATED MOTION AND ORDER OF CONTINUANCE OF TRIAL AND RELATED PRE-TRIAL DEADLINES (Cause No. CV 10-1562 RSL)
Page 2

THE BLANKENSHIP LAW FIRM, P.S.
1201 Third Avenue, Suite 2880
Seattle, Washington 98101
(206) 343-2700

## II.    ORDER CONTINUING TRIAL

This matter came regularly before the Court through the stipulation filed by the parties above. The Court, having considered the stipulation and being otherwise apprised of the facts set forth in the stipulation finds good cause for a continuance and HEREBY ORDERS as follows:

1. Trial in this matter is continued until June 4, 2012.

2. A revised Minute Order Setting Trial and Related Dates shall be issued by the Clerk of the Court.

DONE IN OPEN COURT this 29th day of July, 2011.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF CONTINUANCE OF TRIAL AND RELATED PRE-TRIAL DEADLINES (Cause No. CV 10-1562 RSL)
Page 3

**THE BLANKENSHIP LAW FIRM, P.S.**
1201 Third Avenue, Suite 2880
Seattle, Washington  98101
(206) 343-2700