Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

              Plaintiff,

       v.

FRY'S ELECTRONICS, INC.,

              Defendant**.**

Civil Action No.: 2:10-CV-01562-RSL

JOINT SUBMISSION OF CANDIDATES
FOR SPECIAL MASTER

     In accordance with this Court's July 3, 2012 Order Imposing Sanctions For Discovery Abuses And Staying Case [Dkt. #231], the parties hereby submit three names (and resumes) of candidates for the position of Special Master.  The parties were unable to agree to a group of three candidates, thus the EEOC, Fry's and the Plaintiff Intervenor each submitted one candidate.

     In no particular order, the parties submit the following names:  Kathryn Dickson; Hon. William J. Cahill (Ret.); and Marcella Fleming Reed.

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6885**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

DATED this 31st Day of July, 2012.


BY: ___/s/ Molly B. Powell_____

Molly B. Powell
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Email:  molly.powell@eeoc.gov
Telephone (206) 220-6892
Facsimile (206) 220-6911
Attorneys for Plaintiff


By:___/s/ Scott C. G. Blankenship___

Scott C.G. Blankenship, WSBA No. 21431
The Blankenship Law Firm, P.S.
1201 Third Ave., 28th Floor
Washington Mutual Tower
Seattle, Washington 98101
Phone: 206-343-2700
Facsimile: 206-343-2704
Email: sblankenship@blankenshiplawfirm.com
Attorneys for Plaintiffs Rios and Lam


By:___/s/ Michael A. Griffin_____

Michael A. Griffin, WSBA #29103
Barry Alan Johnsrud, WSBA #21952
April Upchurch Olsen, WSBA #31910
Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, WA  98101
Telephone:  (206) 405-0404
Facsimile:  (206) 405-4450
E-mails:  griffinm@jacksonlewis.com;
johnsrudb@jacksonlewis.com;
april.olsen@jacksonlewis.com
Attorneys for Defendant


**SUBMISSION OF CANDIDATES**
**FOR SPECIAL MASTER**
Page 2 of 3

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that on July 31, 2012, I electronically filed the forgoing "Submission of

4

Candidates for Special Master" with the Clerk of the court using the CM/ECF system.

5

6

7

DATED this 31st Day of July, 2012.

8

9

*/s/ Molly B. Powell*

10

MOLLY B. POWELL
Senior Trial Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SUBMISSION OF CANDIDATES
FOR SPECIAL MASTER**
Page 3 of 3

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882